849

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLARK LEWIS BOULWARE, Appellant, v. WILLIAM C. MARTENS and " JEAN " MARTENS, First Name Being Fictitious, Respondents.— Motion for reargument of motion for stay denied. Motion to resettle order denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

GEORGE J. ROBINSON, Respondent, v. MARY RIGAS, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

FRANK ROM and JOSEPHINE ROM, His Wife, Respondents, v. ELLEN BUILDING CORPORATION, Appellant. (Action No. 1.) — Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

FRANK ROM and JOSEPHINE ROM, His Wife, Respondents, v. ELLEN BUILDING CORPORATION, Appellant. (Action No. 2.) — Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

ANNA SCHAFFER, Respondent, v. JACOB SCHAFFER, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

ROSE SCHINDLER, Respondent, v. ROYAL INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

CHARLES SERGI, Appellant, v. MANHATTAN SAND Co., INC., Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

EMMA F. SOBIESKI and Others, Executors, etc., of JULIA HARSCHE, Deceased, Respondent, v. MERCEDES BENZ Co., INC., and ANNA NOVICK, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

HARRY J. STYLES, Respondent, v. WILLIAM J. STYLES, SR., and Others, Appellants.— The decision of this court handed down on May 22, 1931, █ is hereby amended to read as follows: Motion for reargument denied. It is not necessary, in order to protect the parties, to modify the judgment with respect to the character of the deed required to be delivered. The judgment provides for a reference to supervise this feature. It provides also for " a good and sufficient deed " and contemplates only that William J. Styles, Sr., be required to yield that which he received. The referee, therefore, will see to it that the deed to be delivered in compliance with the judgment shall be one in fee simple, with